UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Ft. Lauderdale Division)

DIONNE WHITBY,

    Plaintiff,

v.

TRANS UNION LLC; EQUIFAX, INC; and EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 et seq., Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.    Experian is a named Defendant in Civil Action No. COWE-24-006932 filed by Plaintiff Dionne Whitby ("Plaintiff") in the County Court of the Seventeenth Judicial Circuit of Broward County, Florida (the "State Court Action") on January 30, 2024.

2.    This Notice is being filed with this Court within 30 days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

3.    This Court is the proper district court for removal because the State Court Action is pending within this district.

4.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action are attached hereto.

5.    Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on

consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

7. As of the date of this Notice, all named defendants have been served with the Summons and Complaint in the State Court Action and consent to removing the above-captioned action to this Court. All current Defendants herein consent to removal and their consents are attached hereto as Composite Exhibit A.

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through her attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

March 8, 2024                                             Respectfully submitted:

/s/ *Maria H. Ruiz*
Maria H. Ruiz (Florida Bar No. 182923)
MRuiz@kasowitz.com
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, Florida, 33131
(786) 587-1044 (t) / (305) 675-2601 (f)
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing was served by electronic mail on March 8, 2024 on all counsel or parties of record on the list below.

Matthew Adams, Esq.
FBN: 109633
Adams Sandler Law Group
37 N. Orange Ave., Suite 500
Orlando, FL 32801
T: 407-926-4144
mattadams@adamssandlerlaw.com

*Attorneys for Plaintiff*

                                              /s/ *Maria H. Ruiz*
                                              Maria H. Ruiz
                                              KASOWITZ BENSON TORRES LLP
                                              *Attorney for Defendant*
                                              *Experian Information Solutions, Inc*.