Filing # 190665231 E-Filed 01/30/2024 03:29:22 PM

## IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

**DIONNE WHITBY,**

    Plaintiff,                                          Case No.:

vs.

**TRANS UNION LLC, EQUIFAX, INC. and EXPERIAN INFORMATION SOLUTIONS, INC,**

    Defendants.
_____/

## COMPLAINT

COMES NOW Plaintiff, Dionne Whitby, individually, by and through the undersigned counsel, and sues Defendants, Trans Union LLC, Equifax, Inc. and Experian Information Solutions, Inc. and states as follows:

### JURISDICTION AND VENUE

1. This matter is a civil action for damages more than $8,000 but less than $50,000.00, exclusive of costs, interest, and attorneys' fees, arising out of violations under 15 U.S.C. § 1681 (2018) known as the Fair Credit Reporting Act (Hereinafter as the "FCRA"), negligence, and defamation.

2. Plaintiff, Dionne Whitby, (Hereinafter referred to as "Dionne"), currently resides in Broward County, Florida.

3. Defendant, Trans Union LLC (Hereinafter referred to as "Trans Union") is a corporation organized and existing under the laws of the State of Illinois which transacts business in Florida. Trans Union transacts business throughout the State of Florida.

4. Defendant, Equifax, Inc. (Hereinafter referred to as "Equifax") is a corporation organized and existing under the laws of the State of Georgia which transacts business in Florida. Equifax transacts business throughout the State of Florida.

5. Defendant, Experian Information Solutions, Inc. (Hereinafter referred to as "Experian") is a corporation organized and existing under the laws of the State of California which transacts business in Florida. Experian transacts business throughout the State of Florida.

6. At all times material to this Complaint, Defendants were doing business in the state of Florida.

7. At all times material to this Complaint Dionne has resided in Broward County, Florida.

8. All conditions precedent for the filing of this Complaint have been performed, waived, or otherwise satisfied.

## GENERAL ALLEGATIONS

9. Notice was sent by Dionne through undersigned counsel that she was disputing the accuracy and requesting removal or deletion of the BMW Financial Services Account No. Ending in 3892 and 1st Financial Services Account Ending in 4560 being reported as "Delinquent and in a "Charge off" status, due to the account being derogatory for more than seven and a half years, thus said accounts should no longer be present on Dionne's credit report. Also, Dionne requested evidence showing her obligation under those Accounts and neither creditor was able to provide sufficient proof.

10. Dionne through undersigned counsel sent a dispute letter to each of the Defendants on November 08, 2023 (See attached "Dispute Letters" as **Exhibit "1"**). The Dispute Letters were sent via USPS Certified Mail, confirmed delivery for Experian was on

November 13, 2023, Equifax was on November 12, 2023, and Trans Union was on November 14, 2023.

11. Since sending the Dispute Letters Dionne has never received an explanation of the results of the investigations by the Defendants.

12. Dionne has not received an explanation, documentation, nor any other evidence from the Defendants to show what proof was used to verify the accuracy of the reporting of the "Delinquent" status in question on her individual credit reports.

## COUNT I – Violations of the FCRA

13. Dionne realleges and restates her prior allegations in Paragraphs 1 through 12, above, as if fully set forth herein.

14. Defendants have a duty to investigate Dionne's dispute of inaccurate information being reported on her credit reports.

15. Defendants were notified of their inaccurate credit reporting, and they continue to publish the inaccurate information despite their knowledge of the same.

16. Defendants have failed to send verifying information as to why they are reporting the "Delinquent" status.

17. Due to the Defendants' willful and negligent noncompliance with the requirements imposed under the FCRA by refusing to remove or delete the Accounts or the "Delinquent" status listed on their credit reports, they have caused severe harm to Dionne's credit rating.

## COUNT II – NEGLIGENCE

18. Dionne realleges and restates her prior allegations in Paragraphs 1 through 17, above, as if fully set forth herein.

19. Defendants have a duty to furnish accurate credit information Dionne on their consumer credit reports.

20. Defendants were notified of their inaccurate credit reporting, and they continue to publish the inaccurate information despite their knowledge of the same.

21. Defendants have failed to send verifying information as to why they are reporting the "Delinquent Accounts".

22. Due to the Defendants' refusal to remove or delete the Accounts or the "Delinquent" status listed on their credit reports, they have caused severe harm to Dionne's credit rating.

## COUNT III – DEFAMATION

23. Dionne realleges and restates her prior allegations in Paragraphs 1 through 22 above, as if fully set forth herein.

24. After multiple notices of the inaccurate reporting of the "Delinquent" status currently being reported on Dionne's credit reports, Defendants have acted negligently by continuing to report the "Delinquent" status in question.

25. Defendants' inaccurate reporting has resulted in a negative impact to Dionne's credit rating to potential lenders which has inhibited her ability to obtain credit, to receive just and proper interest rates, and an inability to refinance loans which has resulted in severe penalties by having to extend existing loans.

**WHEREFORE**, Dionne prays for judgment in her favor and against Defendants for all damages sustained by Dionne totaling $27,500.00, as a result of Defendants' violations under the FCRA, negligence, and defamation, including but not limited to:

(1) Statutory damages pursuant to FCRA § 616, which includes damages up to $1,000.00 and reasonable attorneys' fees for willful noncompliance;

(2) Statutory damages pursuant to FCRA § 617, which includes actual damages sustained by the said Nicole and reasonable attorneys' fees for negligent noncompliance;

(3) damages from negligent actions of Defendants resulting in negatively effecting Dionne's credit rating and for her time, effort, and costs attempting to resolve this matter prior to a lawsuit;

(4) an order for Defendants to furnish accurate information on their credit reports by removing or deleting the Accounts or the "Delinquent" status currently listed on their credit reports;

(3) an award of Dionne's costs and expenses;

(4) attorneys' fees;

(5) compensatory damages, and;

(6) any additional relief which this Court deems just and proper.

Respectfully Submitted,

ADAMS SANDLER LAW GROUP

/s/ *Matthew Adams*
MATTHEW ADAMS, ESQ.
Florida Bar No. 109633
37 N. Orange Ave, Ste. 500
Orlando, FL 32801
Telephone: (407) 926-4144
Email: Info@AdamsSandlerLaw.com
MattAdams@AdamsSandlerLaw.com

# Exhibit 1
Dispute Letters to Trans Union, Equifax, and Experian
dated November 08, 2023



# ADAMS SANDLER

**November 08, 2023**

<u>Via US Certified Mail:</u>

Transunion
Attn: Legal Department
PO Box 2000
Chester, PA 19016

      RE: Dionne Whitby
         Social Security No.: ███████67
         Accounts: First Financial Bank, FSB; BMW Financial Services
         Reporting as: Charge-off

## NOTICE OF INACCURATE CREDIT REPORTING AND DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

  I have been retained to represent Dionne Whitby in the above-referenced matter. I am sending this letter to you in response to credit reports obtained by my client, where your company has reported the above referenced accounts as in a "charge-off" status.

  The First Financial Bank account was reported as "Delinquent" in June 2011 (See attached statement) and the account was also reported as "Delinquent" in November 2016 according to Trans Union credit report (See attached). Therefore, more than seven and a half years has elapsed and the account must be deleted from my client's credit report, pursuant to the Fair Credit Reporting Act. As for the BMW account my client is disputing the accounting and alleged late payments as inaccurate.

  This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the accounts and is requesting validation. Please send any and all documents and correspondence relating to these accounts, including but not limited to, the alleged agreement showing my client's obligation under these accounts including signatures or

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



# ADAMS SANDLER
LAW GROUP

other alleged electronic acceptance, if applicable, and the accounting from the initiation through the current balance of the account alleged to my office within thirty (30) days from receipt of this letter. If your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company requests deletion of the accounts from their consumer reports.

If your company does not offer that evidence to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded.

Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

Sincerely,

*/s/Matthew Adams*

Matthew Adams, Esq.
FL Bar No.: 109633

Enclosed: Authorization for Representation
First Financial Bank Statement
Trans Union Credit Report



# § ADAMS SANDLER

November 08, 2023

<u>Via US Certified Mail:</u>

Equifax, Inc.
Attn: Legal Department
PO Box 740256
Atlanta, GA. 30374

> RE: Dionne Whitby
> Social Security No.: ▉▉▉▉▉67
> Accounts: First Financial Bank, FSB; BMW Financial Services
> Reporting as: Charge-off

## NOTICE OF INACCURATE CREDIT REPORTING AND DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

    I have been retained to represent Dionne Whitby in the above-referenced matter. I am sending this letter to you in response to credit reports obtained by my client, where your company has reported the above referenced accounts as in a "charge-off" status.

    The First Financial Bank account was reported as "Delinquent" in June 2011 (See attached statement) and the account was also reported as "Delinquent" in November 2016 according to Trans Union credit report (See attached). Therefore, more than seven and a half years has elapsed and the account must be deleted from my client's credit report, pursuant to the Fair Credit Reporting Act. As for the BMW account my client is disputing the accounting and alleged late payments as inaccurate.

    This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the accounts and is requesting validation. Please send any and all documents and correspondence relating to these accounts, including but not limited to, the alleged agreement showing my client's obligation under these accounts including signatures or

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



other alleged electronic acceptance, if applicable, and the accounting from the initiation through the current balance of the account alleged to my office within thirty (30) days from receipt of this letter. If your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company requests deletion of the accounts from their consumer reports.

If your company does not offer that evidence to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded.

Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

Sincerely,

/s/Matthew Adams

Matthew Adams, Esq.
FL Bar No.: 109633

Enclosed:    Authorization for Representation
             First Financial Bank Statement
             Trans Union Credit Report

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



# ADAMS SANDLER

November 08, 2023

<u>Via US Certified Mail:</u>

Experian Information Solutions, Inc.
Attn: Legal Department
PO Box 4500
Allen, TX 75013

RE: Dionne Whitby
Social Security No.: ███████67
Accounts: First Financial Bank, FSB; BMW Financial Services
Reporting as: Charge-off

## NOTICE OF INACCURATE CREDIT REPORTING AND DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

I have been retained to represent Dionne Whitby in the above-referenced matter. I am sending this letter to you in response to credit reports obtained by my client, where your company has reported the above referenced accounts as in a "charge-off" status.

The First Financial Bank account was reported as "Delinquent" in June 2011 (See attached statement) and the account was also reported as "Delinquent" in November 2016 according to Trans Union credit report (See attached). Therefore, more than seven and a half years has elapsed and the account must be deleted from my client's credit report, pursuant to the Fair Credit Reporting Act. As for the BMW account my client is disputing the accounting and alleged late payments as inaccurate.

This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the accounts and is requesting validation. Please send any and all documents and correspondence relating to these accounts, including but not limited to, the alleged agreement showing my client's obligation under these accounts including signatures or

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



# ADAMS SANDLER

other alleged electronic acceptance, if applicable, and the accounting from the initiation through the current balance of the account alleged to my office within thirty (30) days from receipt of this letter. If your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company requests deletion of the accounts from their consumer reports.

If your company does not offer that evidence to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded.

Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

Sincerely,

/s/Matthew Adams

Matthew Adams, Esq.
FL Bar No.: 109633

Enclosed:    Authorization for Representation
             First Financial Bank Statement
             Trans Union Credit Report

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM