**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:24-cv-60381-DSL**

**DIONNE WHITBY**

      Plaintiff,

vs.

**TRANS UNION, LLC, EQUIFAX INC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,**

      Defendant(s).

## NOTICE OF SETTLEMENT WITH DEFENDANT, EQUIFAX, INC.

Plaintiff, Dionne Whitby, pursuant to Fed. R. Civ. P. 41, hereby notifies the Court that Plaintiff and Defendant, Equifax Inc, have reached a resolution and settled this matter in principle and are awaiting each party's execution of the settlement documents.  Plaintiff requests thirty (30) days to file the requisite stipulation for dismissal with prejudice.

Respectfully submitted,

*/s/Matthew Adams*
Matthew Adams, Esq.
Florida Bar No.: 109633
ADAMS SANDLER LAW GROUP
37 N. Orange Ave., Ste. 500
Orlando, FL 32801
Telephone: 407-926-4144
Email: info@AdamsSandlerLaw.com
MattAdams@AdamsSandlerLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on March 21, 2024, via the Court Clerk's CM/ECF system to all parties of record.

*/s/Matthew Adams*_____
Matthew Adams, Esq.
*Counsel for Plaintiff*
