IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 0:24-CV-60381-RS

DIONNE WHITBY,

    Plaintiff,

v.

TRANS UNION LLC; EQUIFAX INC.,
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT, EQUIFAX, INC

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, Dionne Whitby, by and through their undersigned counsel, have settled this matter with Defendant, Equifax, Inc., and hereby agrees to dismissal of the above styled action with prejudice against Defendant, Equifax, with each party to bear its own costs and attorneys' fees.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2024, a true and correct copy of the foregoing document was filed electronically via the Court's CM/ECF system to all parties of record.

Respectfully Submitted,

ADAMS SANDLER LAW GROUP

**/s/ Matthew Adams**

MATTHEW ADAMS, ESQ.
Florida Bar No. 109633
37 N. Orange Ave, Ste. 500
Orlando, FL 32801
Telephone: (407) 926-4144
Email: info@AdamsSandlerLaw.com