**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60381-CIV-SMITH**

DIONNE WHITBY,

     Plaintiff,

vs.

TRANS UNION, LLC, *et al.*,

     Defendants.

_____/

## ORDER OF FINAL DISMISSAL OF DEFENDANT EQUIFAX, INC.

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice Against Defendant Equifax, Inc. [DE 28].  Upon consideration, it is

**ORDERED** that Defendant Equifax, Inc. is **DISMISSED with prejudice.**

DONE and ORDERED in Fort Lauderdale, Florida, this 7th day of June, 2024.

_____

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record