**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:24-CV-60381-RS**

DIONNE WHITBY,

    Plaintiff,

v.

TRANS UNION LLC; EQUIFAX INC.,
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

## NOTICE OF SETTLEMENT WITH DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Dionne Whitby, pursuant to Fed. R. Civ. P. 41, hereby notifies the Court that Plaintiff and Defendant, Experian Information Solutions, Inc., have reached a resolution and settled this matter in principle and are awaiting each party's execution of the settlement documents.  Plaintiff requests thirty (30) days to file the requisite stipulation for dismissal with prejudice.

Respectfully submitted,

*/s/Matthew Adams*
Matthew Adams, Esq.
Florida Bar No.: 109633
ADAMS SANDLER LAW GROUP
37 N. Orange Ave., Ste. 500
Orlando, FL 32801
Telephone: 407-926-4144
Email: info@AdamsSandlerLaw.com
MattAdams@AdamsSandlerLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on June 7, 2024, via the Court Clerk's CM/ECF system to all parties of record.

/s/Matthew Adams

Matthew Adams, Esq.

*Counsel for Plaintiff*