IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 0:24-CV-60381-RS

DIONNE WHITBY,

    Plaintiff,

v.

TRANS UNION LLC; EQUIFAX INC.,
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS, TRANS UNION, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.

    Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Dionne Whitby, by and through their undersigned counsel, have settled this matter with Defendants, Trans Union, LLC and Experian Information Solutions, Inc., and hereby agrees to dismissal of the above styled action with prejudice of Defendants, Trans Union, LLC and Experian Information Solutions, Inc., with each party to bear its own costs and attorneys' fees.

    DATED: June 28, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Matthew Adams* | */s/ Maria Ruiz* |
| Matthew Adams, Esq. | Maria Ruiz, Esq. |
| Florida Bar No. 109633 | Florida Bar No. 182923 |
| Adams Sandler Law Group | KASOWITZ BENSON TORRES LLP |
| 37 North Orange Ave., Ste. 425 | 1441 Brickell Ave, Suite 1420 |
| Orlando, FL 34209 | Miami, FL 33133 |
| Phone: (407) 926-4144 | Phone: (786) 587-1044 |
| Email: info@AdamsSandlerLaw.com | Email: MRuiz@Kasowitz.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant - Experian Information Solutions, Inc.* |

/s/ Paige Vacante
Paige Elizabeth Vacante, Esq.
Florida Bar No. 1019135
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
Phone: (312) 460-5121
Email: pvacante@seyfarth.com

*Attorney for Defendant – Equifax*
*Information Services, LLC*

/s/ Rikita Singh
Rikita Singh, Esq.
Florida Bar No. 1016708
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
2001 Bryant St, Suite 1800
Dallas, TX 75201
Phone: (214) 871-2100
Email: LLarue@QSLWM.com

*Attorney for Defendant - Trans Union LLC*